PEOPLE v. McCOMB

1. APPEAL AND ERROR—VENUE—SAVING QUESTION FOR REVIEW.
    Defendant convicted of forcible rape may not raise the question
    of the venue of the alleged offense for the first time on appeal.

2. RAPE—FORCIBLE RAPE—RESISTANCE—EVIDENCE—SUFFICIENCY.
    Evidence that the will of the complaining witness in a forcible
    rape case was overcome by fear of the defendant is sufficient
    to sustain a conviction for rape (CLS 1961, § 750.520).

Appeal from Washtenaw, James R. Breakey, Jr.,
J. Submitted Division 2 March 11, 1969, at Lansing.
(Docket No. 5,377.)   Decided April 21, 1969.   Re-
hearing denied April 28, 1969.   Leave to appeal
denied June 24, 1969.   See 382 Mich 765.

Stanley J. McComb was convicted of forcible rape.
Defendant appeals.   Affirmed.

*Frank J. Kelley,* Attorney General, *Robert A.
Derengoski,* Solicitor General, *William F. Delhey,*
Prosecuting Attorney, and *Karl V. Fink,* Assistant
Prosecuting Attorney, for the people.

*Crippen, Dever & Urquhart (John K. VanLoon,* of
counsel), for defendant.

BEFORE: V. J. BRENNAN, P. J., and J. H. GILLIS
and LEVIN, JJ.

---

REFERENCES FOR POINTS IN HEADNOTES
[1] 5 Am Jur 2d, Appeal and Error §§ 616, 875.
[2] 44 Am Jur, Rape § 13.

Per Curiam. Defendant was convicted, after trial by jury, of forcible rape (CLS 1961, § 750.520 [Stat Ann 1954 Rev § 28.788]), and was sentenced on February 9, 1968, to 25 to 40 years in prison. On appeal defendant argues (1) that the court in which he was convicted was not the place of proper venue and, therefore, the court lacked jurisdiction, and (2) that the record failed to show that the complaining witness exercised the required degree of resistance against the alleged attacker. A motion to affirm the conviction has been filed by the people.

A review of the briefs, the record and transcript and the motion to affirm reveals that the venue question was not raised at trial. Accordingly, it may not be raised for the first time on appeal. *People v. Williams* (1965), 1 Mich App 441; CL 1948, § 767.45 (Stat Ann 1954 Rev § 28.985). Competent evidence was introduced at the trial that the will of the complaining witness was overcome by fear of the defendant. See *People v. Myers* (1943), 306 Mich 100.

The motion to affirm is granted.